UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 21 CR 667-2 |
| | ) | Judge Sharon Johnson Coleman |
| Mosas I. Zayed, | ) | Magistrate Judge Sunil R. Harjani |
| | ) | |
| Defendant. | ) | |

**MOTION TO WITHDRAW AS
COUNSEL FOR DEFENDANT**

Undersigned counsel, **THOMAS ANTHONY DURKIN**, pursuant to Local Rule 83.17 and the Due Process and Effective Assistance of Counsel provisions of the Fifth and Sixth Amendments to the Constitution of the United States, respectfully request that he be granted leave to withdraw as counsel of record on grounds that Defendant has retained new counsel, Tyler Pearson and Glenn Seiden, each of whom filed their appearance as counsel of record on May 12, 2022. (Dkt. ##49, 50).

Respectfully submitted,

/s/ Thomas Anthony Durkin
**THOMAS ANTHONY DURKIN**

**DURKIN & ROBERTS**
The Rookery Building
209 S. LaSalle St., Suite 950
Chicago, IL 60604
(312) 913-9300
tdurkin@durkinroberts.com

## CERTIFICATE OF SERVICE

      Thomas Anthony Durkin, Attorney at Law, hereby certify that the foregoing was served on May 31, 2022, in accordance with Fed.R.Crim.P.49, Fed.R.Civ.P.5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

      /s/ Thomas Anthony Durkin
      **THOMAS ANTHONY DURKIN**

**DURKIN & ROBERTS**
The Rookery Building
209 S. LaSalle St., Suite 950
Chicago, IL 60604
(312) 913-9300
tdurkin@durkinroberts.com