**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3**
**Eastern Division**

UNITED STATES OF AMERICA
                  Plaintiff,
v.                                       Case No.: 1:21−cr−00667
                                                    Honorable Sharon Johnson Coleman
Ziad I Zayed, et al.
                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, August 15, 2022:

        MINUTE entry before the Honorable Sharon Johnson Coleman as to Mosas I. Zayed (2): Telephone status hearing held on 8/15/2022. Counsel for the government reports that discovery has been produced and there has been some investigations and he the government will supersede the indictment in the fall, which will have additional discovery that will be produced as it comes. Counsel for defendant reported that she is still reviewing discovery. Telephone status hearing is set for 9/29/2022 at 10:15 AM. Time is excluded to 9/29/2022 pursuant to 18 U.S.C. § 3161(h)(7)(B)(i) with no objections. The call−in number is (877)336−1829 and the access code is 5205245. Members of the public and media will be able to call in to listen to this hearing. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.